UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON DAVIS, JR., | No. 2:20-cv-01393-TLN-AC |
| Plaintiff, | |
| v. | **ORDER** |
| CALIFORNIA DEPARTMENT OF CHILD SUPPORT SERVICES, | |
| Defendant. | |

Plaintiff Leon Davis, Jr. ("Plaintiff"), an individual proceeding *pro se*, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On August 26, 2020, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  (ECF No. 6.)  Plaintiff has not filed objections to the findings and recommendations.

Accordingly, the Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

1

Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 26, 2020 (ECF No. 6), are ADOPTED IN FULL;

2. The pending motion (ECF No. 5) is DENIED as moot; and

3. This case is DISMISSED for lack of subject matter jurisdiction.

IT IS SO ORDERED.

DATED: October 6, 2020

Troy L. Nunley
United States District Judge

2